**Walter J. HUNTER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 69592.**

Missouri Court of Appeals,
Western District.

April 28, 2009.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 2, 2009.

Application for Transfer Denied
June 30, 2009.

Walter Hunter, Cameron, MO, pro se.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

---

**6.** *See Kamerick,* 907 S.W.2d at 267.

---

Before THOMAS H. NEWTON, C.J., JAMES M. SMART, JR., and VICTOR C. HOWARD, JJ.

### ORDER

PER CURIAM:

Mr. Walter Hunter (Mr. Hunter) appeals the denial of his motion to re-open post-conviction proceedings, filed several years after entry of judgment denying his Rule 29.15 post-conviction motion. On appeal, Mr. Hunter argues that he was abandoned by post-conviction counsel.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).